**Saturday, 23 July, 2005**

05 - 546

**I have no money i file this under my first amendment rights, to redress my Government under my Substantive due Rights**

**Joseph D'Alessandro**

*[signature]*