05 - 546

**ORIGINAL**

Friday, July 22, 2005

*Page 1*

# THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

Mr. Joseph D'Alessandro 23136 Prince George Drive, Angola Estates
Lewes, Delaware 19958
302 945 1554
Mr. Joseph D'Alessandro (Pro Se)

**Plantiffs**

Civil Docket No VERIFIED COMPLAINT (Jury Trial) Not a Judges Trial (Seventh Amendment)

v.

UNITED STATES OF AMERICA
Address: 2138 Rayburn House
Office Building Washington, DC 20515

THROUGH THE

The Federal District Court of The Third Circuit
The Federal Judiciary, initiated by our United States Congress,
ARTICLE III, Section 1

## JURISDICTION

1. If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200

(1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-

matter jurisdiction and the judges orders are void, of no legal force or effect.

2. All defendants must apply Delaware State Law. Delaware Constitution

3. This action is brought pursuant to (A) <u>Article III § 2 which extends the jurisdiction to cases arising under</u>

<u>the U.S. Constitution</u>. Pursuant to Title 28 U.S. Code § 1331, in claims arising from violations of federal

constitutional rights guaranteed in the First, Fifth, Seventh (right to a jury trial) Ninth (right to exist and a jury trial), Fourteenth Amendment, (equal prtection according to law and The Erie Doctrune, and amendments to the U.S. Constitution and redressable pursuant to Bivens v. Six Unknown Narcotics Agents 403 U.S. 388 (1971)."

The United States Does not have sovereign immunity, the U.S. Attorneys' are frauding the Court.

Federal sovereign immunity is a defense to liability rather than a right to be free from trial.

The Supreme Court has ruled that in a case involving the government's sovereign immunity the statute in question must be strictly construed in favor of the sovereign and may not be enlarged beyond the waiver its language expressly requires. See United States v. Nordic Village, Inc., 503 U.S. 30, 33-35 (1992).

"Case Law" United States to this date has not waved sovereign immunity for claims for damages. See United States v. North Side Realty Associates 324 F. Supp. 287, 291 N. D. GA. 1971

## THIS CHARGE MADE UNDER OATH

Judge Wells stated verbally in front of four sheriff's the chief law enforcement officers for the courts in a U.S. Kent county, and Olga D'Alessandro that Joseph D'Alessandro needed surveillance, close observation of Joseph D'Alessandro he is under suspicion, and/or is a violent citizen. futhermore while Olga D'Alessandro was gaining access to The Federal Court House the chief law enforcement officers for the courts were checking Olga's I.D. and two of the law enforcement officers came over and examined Olga's I.D. they stated the words This Is The Guy.

A polygraph will be taken by Mr. D'Alessandro.

DEFAMATION
An act of communication that causes someone to be shamed, ridiculed, held in contempt, lowered in the estimation of the community, or to lose employment status or earnings or otherwise suffer a damaged reputation. Such defamation is couched in 'defamatory language'. Libel and slander are defamation.

SLANDER
A false defamation (expressed in spoken words, signs, or gestures) which injures the character or reputation of the person defamed; distinguished from libel.

4. Plaintiff prays for the following relief:

Treble and Punitive Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Thursday, *Friday, July 22, 2005*

(Signature of Plaintiff)

*Joseph L. Talexaudro* (signature)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Thursday, *Friday, July 22, 2005*

(Signature of Plaintiff)

Joseph D'Alessandro Anziano
23136 Prince George Drive, Angola Estates
Lewes, Delaware 19958-9342

Chief Court Clerk, U.S. District Court
Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

U.S.M.S
X-RAY