IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOSEPH L. D'ALESSANDRO,        )
                               )
    Plaintiff,                 )
                               )
v.                             ) Civil Action No. 05-546 GMS
                               )
UNITED STATES OF AMERICA,      )
FEDERAL DISTRICT COURT OF THE  )
THIRD CIRCUIT,                 )
                               )
    Defendants.                )

**ORDER**

    The plaintiff, Joseph L. D'Alessandro, a pro se litigant, has filed this action together with a letter requesting that he be permitted to proceed in forma pauperis. The letter does not include financial information regarding the plaintiff.

    At Wilmington this 4th day of Oct., 2005, IT IS ORDERED that:

    1. The plaintiff shall complete and submit the attached application to proceed without prepayment of fees.

    2. Failure to return the requested information within 30 days from the date this order is sent shall result in dismissal of this action without prejudice.

                                                                    _____
                                                                    United States District Judge

FILED
OCT - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE