Tuesday, February 28, 200

Dear United States Congress　　　　　　　　　Sent U.S. Mail
Address: 2138 Rayburn House
Office Building Washington, DC 20515

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801



CASE#
1:05-cv-00546-GMS D'Alessandro v. USA et al
Gregory M. Sleet, presiding
Date filed: 07/28/2005
Date terminated: 02/24/2006 Date of last filing: 02/24/2006


Impeachment Proceedings {legal action}: The United States Senate
Not for There decisions but because they denied Me and Olga the right to
voice our complaints at a hearing, and to present "Prima-Facie, Evidence"   {at first view}

These Criminals brought us to {Nothingness, the quality or state of being nothing, as a NONEXISTENCE} NO VOICE

We were denied our Sevevth Amendment Rights without a (HEARING}
AMENDMENT 7
In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law. The framers of the Constitution considered the right to jury trial extremely important. In the Sixth Amendment, they provided for jury trials in criminal cases. In the Seventh Amendment, they provided for such trials in civil suits where the amount contested exceeds $20. The amendment applies only to federal courts. But most state constitutions also call for jury trials in civil cases.

# What is the penalty for treason to the United States Constitution?
# Jail Time and Impeachment

I Joseph D'Alessandro Citizen, have the, Legal Responsibility to Impeachment of these Criminals under My Republic,  you work for me I do not work for you.

My family and myself have been destroyed by the Federal Third District Courts. And the following {Criminals under RICO}. Through partiality to cronies, without regard to the legal rights and civil rights of the D'Alessandro family. Extortion of The D'Alessandros families legal and civil rights. Conspiracy through croynism without regards to litigants {Joseph D'Alessandro & Olga D'Alessandros legal and civil rights}.

J. Curtis Joyner, Sue L. Robinson, Joseph H. Rodriguez, Ruggero J. Aldsiert, Morton I. Greenberg, Marjorie O. Rendell, Joseph J. Farnan, Jr. and Gregory Sleet.
<u>ALL THUGS AND BUMS IN BLACK ROBES</u> {treason to the United States Constitution}

Point of authority:
The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.". Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958).

Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason.

Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below).

If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.
TREASON

Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200, 216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L.Ed 257 (1821)

## What is the penalty for treason?

Jail Time and Impeachment

I Joseph D'Alessandro Citizen, have the, Legal Responsibility to Impeachment these Criminals under My Republic you work for me I do not work for you.

I look forward to your comments on this issue.

<u>PROOF OF SERVICE</u>

Thank You
      Sincerly

YHWH God Bless You and Your Family

*Signed Mr. Joseph D'Alessandro*  _[signature]_
94 Prince George Drive

Angola Estates
Lewes, Delaware, 19958-9342

Phone (302) 945 1554

# PROOF OF SERVICE

I, Joseph D'Alessandro and Olga D'Alessandro, do swear or declare that on this date, Tuesday, February 28, 2006 as required by, THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE I have served the enclosed Plantiff(s), letter to congress for Impeachment Proceedings {legal action}. Depositing an envelope containing the above documents in the United States mail properly addressed to each of them and with first-class postage prepaid, and or by FAX, and or Electronic Mail.

The names and addresses of those served are as follows:

By Power of Authority and Power of Attorney
*Signed Mr. Joseph D'Alessandro* _____

JOSEPH D'ALESSANDRO
By POWER OF AUTHORITY AND DURABLE POWER OF ATTORNEY

United States Congress
Address: 2138 Rayburn House
Office Building Washington, DC 20515

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801

These Criminals
J. Curtis Joyner, Sue L. Robinson, Joseph H. Rodriguez, Ruggero J. Aldsiert, Morton I. Greenberg, Marjorie O. Rendell, Joseph J. Farnan, Jr. and Gregory Sleet.
<u>ALL THUGS AND BUMS IN BLACK ROBES</u> {treason to the United States Constitution}
**J. Caleb Boggs Federal Building**
**844 N. King Street**
**Wilmington, DE 19801**

Sincerely,
        Joseph D'Alessandro
        23136 Prince George Drive
        Lewes, Delaware 19958-9342
        (302) 945 1554

Mr and Mrs Joseph D'Alessandro
23136 Prince George Dr
Angola Estates
Lewes, DE 19958

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAR -1  PM 3: 27

Chief Court Clerk, U.S. District Court Of Delaware
Mr. Peter Dalleo
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 18
Wilmington, DE 19801