

```
         FILED
   CLERK U.S. DISTRICT COURT
     DISTRICT OF DELAWARE

     2006 MAR -3  AM 9: 32
```

**TO:**
**Mr. Sleet**
**J. Caleb Boggs Federal Bldg**
**844 North King Street**
**Wilmington, DE 19801-3519**

YOUR ORDER IS A LIE AND FRAUD UNDER {RICO}

**THIS SUIT WILL BE REFILED WITH ANOTHER BUM ADDED ON**

**If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason. When a judge acts as a trespasser of the law, when a judge does not follow the law, the judge loses subject-matter jurisdiction and the judges orders are void, of no legal force or effect.**

{Friday, February 24, 2006 09:37:05 PM}

EXIT TO:
Mr. Sleet & Mrs. Robinson
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

F. James Sensenbrenner
Judiciary Committee
2138 Rayburn House Office Building Washington, DC 20515

Institute for Justice
901 N. Glebe Road
Suite 900
Arlington, VA 22203

Office of Public Affairs
Administrative Office of the U.S. Courts
Washington, D.C. 20544

You screwed me again Mr. Sleet. You once again lied you stinking bum, YOU THUG IN BLACK ROBE here is your ORDER it states no fact of Judge Wells Defamation of my Life.

Your LIES & MEMEMORANDUM ORDER.

D'Alessandro complains that he has been defamed and slandered: 1) "Judge Wells" stated that he needed to be closely observed; and, 2) law enforcement officals checked the identification of his wife, Olga D'Alessandro, prior to her entry into

THIS SUIT WILL BE REFILED

THIS CHARGE MADE UNDER OATH
FACTS = SLANDER ANS DEFAMATION Friday  {Friday, February 24, 2006 09:37:05 PM}

Judge Wells stated verbally in front of four sheriff's the chief law enforcement officers for the courts in a U.S. Kent county, and Olga D'Alessandro that Joseph D'Alessandro needed surveillance, close observation of Joseph D'Alessandro he is under suspicion, and/or is a violent citizen. futhermore while Olga D'Alessandro was gaining access to The Federal Court House the chief law enforcement officers for the courts were checking Olga's I.D. and two of the law enforcement officers came over and examined Olga's I.D. they stated the words This Is The Guy.

A polygraph will be taken by Mr. D'Alessandro.

DEFAMATION
An act of communication that causes someone to be shamed, ridiculed, held in contempt, lowered in the estimation of the community, or to lose employment status or earnings or otherwise suffer a damaged reputation. Such defamation is couched in 'defamatory language'. Libel and slander are defamation.

SLANDER
A false defamation (expressed in spoken words, signs, or gestures) which injures the character or reputation of the person defamed; distinguished from libel.

the Federal Court House.

## THIS SUIT WILL BE REFILED

This is real complaint excerpts {A}

## THIS CHARGE MADE UNDER OATH
FACTS = SLANDER ANS DEFAMATION Friday {Friday, February 24, 2006 09:37:05 PM}

{A}
Judge Wells stated verbally in front of four sheriff's the chief law enforcement officers

for the courts in a U.S. Kent county, and Olga D'Alessandro that Joseph D'Alessandro

needed surveillance, close observation of Joseph D'Alessandro he is under suspicion,

and/or is a violent citizen. futhermore while Olga D'Alessandro was gaining access to The

Federal Court House the chief law enforcement officers for the courts were checking Olga's I.D.

and two of the law enforcement officers came over and examined Olga's I.D. they stated the

words This Is The Guy.

A polygraph will be taken by Mr. D'Alessandro.

DEFAMATION
An act of communication that causes someone to be shamed, ridiculed, held in contempt, lowered in the estimation of the community, or to lose employment status or earnings or otherwise suffer a damaged reputation. Such defamation is couched in 'defamatory language'. Libel and slander are defamation.

SLANDER
A false defamation (expressed in spoken words, signs, or gestures) which injures the character or reputation of the person defamed; distinguished from libel.
{Friday, February 24, 2006 09:37:05 PM}

TO:
Mr. Sleet & Mrs. Robinson
 J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519


You screwed me again Mr. Sleet. You once again lied you
stinking bum THUG IN BLACK ROBE here is your ORDER
it states no fact of Judge Wells Defamation of my Life.

Mr and Mrs Joseph D'Alessandro
23136 Prince George Dr
Angola Estates
Lewes, DE 19958




FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 MAR -3  AM 9: 32

TO:
Judge Sleet
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519